IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLIFTON CLARK,

    **Plaintiff,**

v.                             Case No. 4:17cv494-MW/GRJ

JESSI CHUNN,

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 17, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 19. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DIMISSED without prejudice** as malicious for abuse of the judicial process pursuant to 28 U.S.C. § 1915A(b)." The Clerk shall close the file.

**SO ORDERED on May 8, 2018.**

                                        s/Mark E. Walker            
                                        **United States District Judge**